# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DARLENE NELSON, EXECUTRIX OF THE ESTATE OF JAMES NELSON, | : | No. 52 EAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| AIRCO WELDERS SUPPLY, ALLIED SIGNAL (A/K/A ALLIED CORP.), AMERICAN STANDARD, A.W. CHESTERTON, INC., BASIC, INC., BAYER CROPSCIENCE, INC., (F/K/A AVENTIS CROPSCIENCE, USA, INC.) ACHEM PRODUCTS, INC., RHONE POULENC, AG CO. AND BENJAMIN FOSTER COMPANY, BEAZER EAST (A/K/A KOOPERS CO., INC. AND KOOPER), BIRD INC., BOC GROUP, BORG-WARNER CORP., BRAND INSULATIONS, INC., CBS CORPORATION (F/K/A VIACOM, INC. AND WESTINGHOUSE ELECTRIC CORPORATION), CERTAINTEED CORPORATION, CHRYLSER CORP. (A/K/A AMC, NORTHWEST AUTO RENTAL CO. AND CHRYSLER SERVICE CONTRACT CO.) CRANE CO., DEMMING DIVISION, CRANE PACKING, ESAB WELDING AND CUTTING EQUIPMENT, EJ LAVINO & CO., EUTECTIC CORP., FERRO ENGINEERING, FORD MOTOR CO., FOSECO, INC., FOSTER WHEELER CORPORATION, GARLOCK, INC., GENERAL ELECTRIC COMPANY, GENERAL MOTORS CORP., GEORGE V. HAMILTON, INC., GEORGIA-PACIFIC CORPORATION, GOULD PUMPS, INC., GREEN, TWEED & COMPANY, INC., HAJOCA PLUMBING SUPPLY | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

COMPANY, HARNISCHFEGER CORP.,          :
HEDMAN RESOURCES LIMITED (F/K/A        :
HEDMAN MINES LTD.), HOBART             :
BROTHERS CO., HONEYWELL               :
INTERNATIONAL, INC., INGERSOLL        :
RAND CO., JOY GLOBAL, INC.,           :
LINCOLN ELECTRIC CO., LUKENS          :
STEEL CO., MALLINCKRODT GROUP,        :
INC. (F/K/A INTERNATIONAL MINERALS    :
& CHEMICALS CORP.), MELRATH           :
GASKET, INC., MINE SAFETY             :
APPLIANCE (MSA), METROPOLITAN         :
LIFE INSURANCE COMPANY,               :
NOSROCK CORPORATION, OWENS-           :
ILLINOIS, INC., PEP BOYS (A/K/A       :
MANNY, MOE AND JACK), UNION           :
CARBIDE CORP., UNIVERSAL              :
REFRACTORIES DIVISION OF THIEM        :
CORPORATION,                          :
                                      :
             Respondents              :

DARLENE NELSON, EXECUTRIX OF          :   No. 53 EAL 2015
THE ESTATE OF JAMES NELSON,           :
                                      :
             Petitioner               :   Petition for Allowance of Appeal from
                                      :   the Order of the Superior Court
                                      :
             v.                       :
                                      :
                                      :
AIRCO WELDERS SUPPLY, ALLIED          :
SIGNAL (A/K/A  ALLIED CORP.),         :
AMERICAN STANDARD, A.W.               :
CHESTERTON, INC., BASIC, INC.,        :
BAYER CROPSCIENCE, INC., (F/K/A       :
AVENTIS CROPSCIENCE, USA, INC.)       :
ACHEM PRODUCTS, INC., RHONE           :
POULENC, AG CO. AND BENJAMIN          :
FOSTER COMPANY, BEAZER EAST           :
(A/K/A KOOPERS CO., INC. AND          :
KOOPER), BIRD INC., BOC GROUP,        :
BORG-WARNER CORP., BRAND              :
INSULATIONS, INC., CBS                :
CORPORATION (F/K/A VIACOM, INC.       :
AND WESTINGHOUSE ELECTRIC             :

CORPORATION), CERTAINTEED CORPORATION, CHRYLSER CORP. (A/K/A AMC, NORTHWEST AUTO RENTAL CO. AND CHRYSLER SERVICE CONTRACT CO.) CRANE CO., DEMMING DIVISION, CRANE PACKING, ESAB WELDING AND CUTTING EQUIPMENT, EJ LAVINO & CO., EUTECTIC CORP., FERRO ENGINEERING, FORD MOTOR CO., FOSECO, INC., FOSTER WHEELER CORPORATION, GARLOCK, INC., GENERAL ELECTRIC COMPANY, GENERAL MOTORS CORP., GEORGE V. HAMILTON, INC., GEORGIA-PACIFIC CORPORATION, GOULD PUMPS, INC., GREEN, TWEED & COMPANY, INC., HAJOCA PLUMBING SUPPLY COMPANY, HARNISCHFEGER CORP., HEDMAN RESOURCES LIMITED (F/K/A HEDMAN MINES LTD.), HOBART BROTHERS CO., HONEYWELL INTERNATIONAL, INC., INGERSOLL RAND CO., JOY GLOBAL, INC., LINCOLN ELECTRIC CO., LUKENS STEEL CO., MALLINCKRODT GROUP, INC. (F/K/A INTERNATIONAL MINERALS & CHEMICALS CORP.), MELRATH GASKET, INC., MINE SAFETY APPLIANCE (MSA), METROPOLITAN LIFE INSURANCE COMPANY, NOSROCK CORPORATION, OWENS-ILLINOIS, INC., PEP BOYS (A/K/A MANNY, MOE AND JACK), UNION CARBIDE CORP., UNIVERSAL REFRACTORIES DIVISION OF THIEM CORPORATION,

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Respondents

:
:

DARLENE NELSON, EXECUTRIX OF THE ESTATE OF JAMES NELSON,

: No. 54 EAL 2015
:
:

Petitioner

: Petition for Allowance of Appeal from
: the Order of the Superior Court
:

v.                 :
                                    :
                                    :

AIRCO WELDERS SUPPLY, ALLIED   :
SIGNAL (A/K/A  ALLIED CORP.),      :
AMERICAN STANDARD, A.W.         :
CHESTERTON, INC., BASIC, INC.,     :
BAYER CROPSCIENCE, INC., (F/K/A   :
AVENTIS CROPSCIENCE, USA, INC.)   :
ACHEM PRODUCTS, INC., RHONE     :
POULENC, AG CO. AND BENJAMIN    :
FOSTER COMPANY, BEAZER EAST    :
(A/K/A KOOPERS CO., INC. AND       :
KOOPER), BIRD INC., BOC GROUP,    :
BORG-WARNER CORP., BRAND       :
INSULATIONS, INC., CBS             :
CORPORATION (F/K/A VIACOM, INC.   :
AND WESTINGHOUSE ELECTRIC     :
CORPORATION), CERTAINTEED      :
CORPORATION, CHRYLSER CORP.    :
(A/K/A AMC, NORTHWEST AUTO     :
RENTAL CO. AND CHRYSLER SERVICE   :
CONTRACT CO.) CRANE CO.,        :
DEMMING DIVISION, CRANE PACKING,   :
ESAB WELDING AND CUTTING      :
EQUIPMENT, EJ LAVINO & CO.,      :
EUTECTIC CORP., FERRO           :
ENGINEERING, FORD MOTOR CO.,    :
FOSECO, INC., FOSTER WHEELER    :
CORPORATION, GARLOCK, INC.,      :
GENERAL ELECTRIC COMPANY,      :
GENERAL MOTORS CORP., GEORGE   :
V. HAMILTON, INC., GEORGIA-PACIFIC   :
CORPORATION, GOULD PUMPS, INC.,   :
GREEN, TWEED & COMPANY, INC.,    :
HAJOCA PLUMBING SUPPLY        :
COMPANY, HARNISCHFEGER CORP.,   :
HEDMAN RESOURCES LIMITED (F/K/A   :
HEDMAN MINES LTD.), HOBART      :
BROTHERS CO., HONEYWELL       :
INTERNATIONAL, INC., INGERSOLL    :
RAND CO., JOY GLOBAL, INC.,       :
LINCOLN ELECTRIC CO., LUKENS    :
STEEL CO., MALLINCKRODT GROUP,   :
INC. (F/K/A INTERNATIONAL MINERALS   :
& CHEMICALS CORP.), MELRATH     :

GASKET, INC., MINE SAFETY           :
APPLIANCE (MSA), METROPOLITAN       :
LIFE INSURANCE COMPANY,             :
NOSROCK CORPORATION, OWENS-         :
ILLINOIS, INC., PEP BOYS (A/K/A     :
MANNY, MOE AND JACK), UNION         :
CARBIDE CORP., UNIVERSAL            :
REFRACTORIES DIVISION OF THIEM      :
CORPORATION,                        :
                                    :
            Respondents             :


## **ORDER**


**PER CURIAM**

     **AND NOW**, this 21st day of June, 2017, the Petition for Allowance of Appeal is

**DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.